*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-08-00432-CR

Yvette **GARZA-GONGORA** a/k/a Yvette Saenz,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-3548
Honorable Mary Roman, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
           Rebecca Simmons, Justice
           Steven C. Hilbig, Justice

Delivered and Filed:  July 30, 2008

DISMISSED

      Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH